NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**RUSSELL L. BAILEY,**
*Claimant-Appellant,*

**v.**

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

2013-7052

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-0465, Judge Lawrence B. Hagel.

**ON MOTION**

PER CURIAM.

# O R D E R

The Secretary of Veterans Affairs submits his "informal brief with supplemental appendix and motion to dismiss."

2                                    RUSSELL BAILEY v. SHINSEKI

To the extent that the Secretary moves to dismiss such motion is deferred to the merits panel assigned to hear the case.

Accordingly,

IT IS ORDERED THAT:

The motion to dismiss shall be deferred to the merits panel.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s19